

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00410-CV
_____

CROWLEY LAND MULTI PARTNERS, LLC AND KAANA DEVELOPMENT, LLC, Appellants

V.

TEXAS FRAME, LLC, Appellee

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-330482-21

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants Crowley Land Multi Partners, LLC's and Kaana Development, LLC's and Appellee Texas Frame, LLC's Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 28, 2024